```
HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
LAWRENCE M. CIRELLI - 114710
JULIA H. VEIT - 209207
333 Market Street, 21st Floor
San Francisco, CA  94105-2173
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366
lcirelli@hansonbridgett.com
```

Attorneys for Plaintiff
BHARI INFORMATION TECHNOLOGY
SYSTEMS PVT., LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BHARI INFORMATION TECHNOLOGY SYSTEMS PVT., LTD., <br><br> Plaintiff, <br><br> v. <br><br> ALLIED BOSTON BANK, INC., ALLIED BOSTON INTERNATIONAL, INC., LAL BHATIA, JACK GROVER, and MARZBAN MODY, <br><br> Defendants. | Civil Action No.  C 05 1223 SI <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE** <br><br> Date:      August 5, 2005 <br> Time:     9:00 a.m. <br> Crtrm:    #10, 19th Floor <br> Honorable Susan Illston <br><br> Action Filed:  March 25, 2005 |

The parties, by their attorneys, move this Court to continue the hearing for Defendant Lal Bhatia's Motion to Dismiss currently scheduled for August 5, 2005 at 9:00 a.m.  The parties respectfully request that the Court continue the hearing to September 23, 2005 at 9:00 a.m.

Plaintiff requests this continuance because principals of Plaintiff, a company located in India, intend to travel to the United States to participate in the evaluation of Defendant Bhatia's motion, which may result in the filing of an amended complaint, and to assist in the preparation of any opposition to the defendant's motion.  Accordingly, Plaintiff needs additional time to allow

1 the principals to make arrangements to do so. Due to preexisting commitments among counsel,
2 September 23rd is the next Friday upon which the Court and counsel for Plaintiff and Defendant
3 Bhatia are all available. For the reasons enumerated, Plaintiff requests that the Court continue the
4 hearing date for Defendant Lal Bhatia's Motion to Dismiss from August 5, 2005 to September 23,
5 2005.

6 In addition, the parties also request a continuance of the initial Case Management
7 Conference, which is currently scheduled for July 29, 2005, to September 23, 2005.

Dated: July 12, 2005            LAW OFFICES OF SUNITA KAPOOR, LL.M.

                                By: _____
                                              Sunita Kapoor

                                Law Offices of Sunita Kapoor, LL.M.
                                4115 Blackhawk Plaza Circle, Suite 100
                                Danville, CA  94506
                                Telephone: (925) 736-2324
                                Facsimile: (925) 831-1059

                                *Attorneys for Defendant Lal Bhatia*

Dated: July 12, 2005            CAPSTONE LAW GROUP LLP


                                By: _____
                                              Brian Irion

                                Brian Irion
                                Capstone Law Group LLP
                                1810 Gateway Drive, Suite 260
                                San Mateo, CA  94404
                                Telephone: (650) 577-4500
                                Facsimile: (415) 541-9366

                                *Attorneys for Defendant Jack Grover*

- 2 -
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND
CASE MANAGEMENT CONFERENCE

1199247.1

1  the principals to make arrangements to do so. Due to preexisting commitments among counsel,
2  September 23rd is the next Friday upon which the Court and counsel for Plaintiff and Defendant
3  Bhatia are all available. For the reasons enumerated, Plaintiff requests that the Court continue the
4  hearing date for Defendant Lal Bhatia's Motion to Dismiss from August 5, 2005 to September 23,
5  2005.

6  In addition, the parties also request a continuance of the initial Case Management
7  Conference, which is currently scheduled for July 29, 2005, to September 23, 2005.

Dated: July 12, 2005                LAW OFFICES OF SUNITA KAPOOR, LL.M.


By:_____
        Sunita Kapoor

Law Offices of Sunita Kapoor, LL.M.
4115 Blackhawk Plaza Circle, Suite 100
Danville, CA 94506
Telephone: (925) 736-2324
Facsimile: (925) 831-1059

*Attorneys for Defendant Lal Bhatia*


Dated: July 12, 2005                CAPSTONE LAW GROUP LLP


By: /s/ Brian Irion
        Brian Irion

Brian Irion
Capstone Law Group LLP
1810 Gateway Drive, Suite 260
San Mateo, CA 94404
Telephone: (650) 577-4500
Facsimile: (415) 541-9366

*Attorneys for Defendant Jack Grover*

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: July 12, 2005 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |

By: _____
Julia H. Veit

Lawrence M. Cirelli
Julia H. Veit
Hanson Bridgett, Marcus, Vlahos & Rudy LLP
333 Market Street, Suite 2100
San Francisco, CA 94105
Telephone: 415/777-3200
Facsimile: 415/541-9366

## ORDER

The hearing for Defendant Lal Bhatia's Motion to Dismiss currently set for August 5, 2005, at 9 a.m. is hereby continued to September 23, 2005, at 9 a.m. The initial Case Management Conference scheduled for July 29, 2005, is also continued to September 23, 2005.

**IT IS SO ORDERED.**

s/William Alsup for

July  19 , 2005

_____
HON. SUSAN ILLSTON
U.S. District Court Judge