```
HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
LAWRENCE M. CIRELLI - 114710
JULIA H. VEIT - 209207
333 Market Street, 21st Floor
San Francisco, CA  94105-2173
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366
lcirelli@hansonbridgett.com


JACKSON WALKER, LLP
ROBERT P. LATHAM – Texas Bar No. 11975500
JEFFREY D. ANTONSON- Texas Bar No. 24040441
901 Main Street, Suite 600
Dallas, TX  75202
Telephone:    (214) 953-6000
Facsimile:    (214) 953-5822
(Admitted Pro Hac Vice)

Attorneys for Plaintiff
BHARI INFORMATION TECHNOLOGY
SYSTEMS PVT., LTD.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BHARI INFORMATION TECHNOLOGY SYSTEMS PVT., LTD., <br><br>Plaintiff, <br><br>v. <br><br>ALLIED BOSTON BANK, INC., ALLIED BOSTON INTERNATIONAL, INC., LAL BHATIA, JACK GROVER, and MARZBAN MODY, <br><br>Defendants. | Civil Action No.  C 05 1223 SI <br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br>Date:    September 23, 2005 <br>Time:    2:00 p.m. <br>Crtrm:   #10, 19th Floor <br>Honorable Susan Illston <br><br>Action Filed:  March 25, 2005 |

    The parties, by their attorneys, move this Court to continue the initial Case Management Conference currently scheduled for September 23, 2005, at 2:00 p.m.  Due to the status of the pleadings, the parties respectfully request that the Court continue the conference to November 11,

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE    1209847.2

2005, at 2:00 p.m., or in the alternative, to the date upon which the Motion to Dismiss Defendant Lal Bhatia expects to file is set for hearing.

The parties request a continuance because the pleadings are still unsettled. The parties previously requested that the Court continue the initial Case Management Conference to September 23, 2005, the date set for hearing Defendant Lal Bhatia's Motion to Dismiss. Plaintiff sought the first continuance in part because it needed time to amend the Complaint prior to the hearing. On September 2, 2005, Plaintiff filed an Amended Complaint, which the parties believe moots the motion to dismiss. Defendant Lal Bhatia intends to file a Motion to Dismiss in response to the amended pleading and has requested an extension of time until October 3, 2005, to do so because Defendant's counsel needs to attend to family medical issues.

Because the pleadings remain unsettled and it is unclear what the nature of the claims are, it is premature to hold the initial Case Management Conference or to complete the Joint Case Management Conference Statement and attending Rule 26 disclosures at this time.

Accordingly, to save the resources of the Court and the parties, the parties respectfully request that the Case Management Conference be rescheduled to November 11, 2005, the earliest date the expected Motion to Dismiss can be heard; or, in the alternative, to the date upon which the hearing on the Motion to Dismiss is set.

Dated: September 12, 2005        LAW OFFICES OF SUNITA KAPOOR, LL.M.

By: _____
    Sunita Kapoor

Law Offices of Sunita Kapoor, LL.M.
4115 Blackhawk Plaza Circle, Suite 100
Danville, CA 94506
Telephone: (925) 736-2324
Facsimile: (925) 831-1059

*Attorneys for Defendant Lal Bhatia*

- 2 -
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND
CASE MANAGEMENT CONFERENCE                                    1209847.2

Dated: September 9, 2005      CAPSTONE LAW GROUP LLP

By: /s/ Brian Irion
                                                    Brian Irion

Brian Irion
Capstone Law Group LLP
1810 Gateway Drive, Suite 260
San Mateo, CA 94404
Telephone: (650) 577-4500
Facsimile: (415) 541-9366

*Attorneys for Defendant Jack Grover*

DATED: September 13, 2005     Hanson Bridgett Marcus Vlahos & Rudy, LLP

By: /s/ Julia H. Veit
                                                    Julia H. Veit

Lawrence M. Cirelli
Julia H. Veit
Hanson Bridgett, Marcus, Vlahos & Rudy LLP
333 Market Street, Suite 2100
San Francisco, Ca 94105
Telephone: 415/777-3200
Facsimile: 415/541-9366

Attorneys For Plaintiff

## ORDER

The initial Case Management Conference scheduled for September 23, 2005, is continued until November 18, 2005, the earliest date the expected Motion to Dismiss can be heard; or, in the alternative, to the date upon which the hearing on the Motion to Dismiss is set.

**IT IS SO ORDERED.**

September ____, 2005

HON.
U.S.

GRANTED
/s/ Susan Illston
Judge Susan Illston

- 3 -

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND
CASE MANAGEMENT CONFERENCE

1209847.1