HANSON BRIDGETT MARCUS VLAHOS & RUDY. LLP
LAWRENCE M. CIRELLI - 114710
JULIA H. VEIT - 209207
333 Market Street, 21st Floor
San Francisco. CA 94105-2173
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
lcirelli@hansonbridgett.com

JACKSON WALKER. LLP
ROBERT P. LATHAM – Texas Bar No. 11975500
JEFFREY D. ANTONSON- Texas Bar No. 24040441
901 Main Street. Suite 600
Dallas, TX 75202
Telephone: (214) 953-6000
Facsimile: (214) 953-5822
(Admitted *Pro Hac Vice*)

Attorneys for Plaintiff
BHARI INFORMATION TECHNOLOGY
SYSTEMS PVT.. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BHARI INFORMATION TECHNOLOGY SYSTEMS PVT.. LTD.,<br><br>Plaintiff.<br><br>v.<br><br>ALLIED BOSTON BANK, INC., ALLIED BOSTON INTERNATIONAL. INC., LAL BHATIA, JACK GROVER, and MARZBAN MODY,<br><br>Defendants. | Civil Action No. C 05 1223 SI<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT JACK GROVER TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Action Filed: March 25, 2005 |

Plaintiff BHARI INFORMATION TECHNOLOGY SYSTEMS PVT.. LTD., and JACK GROVER, by and through their respective counsel, hereby stipulate that Defendant JACK GROVER, shall have an extension of time through October 12, 2005 within which to answer or

- 1 -

| | |
|---|---|
| 1 | otherwise respond to the First Amended Complaint. |
| 2 | |
| 3 | Dated: September 21, 2005    CAPSTONE LAW GROUP LLP |
| 4 | |
| 5 | By: /s/ Brian Irion |
| 6 | Brian Irion |
| 7 | Brian Irion<br>Capstone Law Group LLP |
| 8 | 1810 Gateway Drive, Suite 260<br>San Mateo, CA 94404 |
| 9 | Telephone: (650) 577-4500<br>Facsimile: (415) 541-9366 |
| 10 | *Attorneys for Defendant Jack Grover* |
| 11 | |
| 12 | DATED: September 21, 2005    Hanson Bridgett Marcus Vlahos & Rudy, LLP |
| 13 | |
| 14 | By: /s/ Julia H. Veit |
| 15 | |
| 16 | Lawrence M. Cirelli<br>Julia H. Veit |
| 17 | Hanson Bridgett, Marcus, Vlahos & Rudy LLP<br>333 Market Street, Suite 2100 |
| 18 | San Francisco, Ca 94105<br>Telephone: 415/777-3200 |
| 19 | Facsimile: 415/541-9366 |
| 20 | Attorneys For Plaintiff |

**GRANTED**
*Judge Susan Illston*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION CONTINUING GROVER RESPONSE                                  1211565.1