```
 1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
    LAWRENCE M. CIRELLI - 114710
 2  JULIA H. VEIT - 209207
    333 Market Street, 21st Floor
 3  San Francisco, CA 94105-2173
    Telephone:   (415) 777-3200
 4  Facsimile:   (415) 541-9366
    lcirelli@hansonbridgett.com
 5

 6  JACKSON WALKER, LLP
    ROBERT P. LATHAM – Texas Bar No. 11975500
 7  JEFFREY D. ANTONSON- Texas Bar No. 24040441
    901 Main Street, Suite 600
 8  Dallas, TX 75202
    Telephone:   (214) 953-6000
 9  Facsimile:   (214) 953-5822
    (Admitted *Pro Hac Vice*)
10
    Attorneys for Plaintiff
11  BHARI INFORMATION TECHNOLOGY
    SYSTEMS PVT., LTD.
12
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| BHARI INFORMATION TECHNOLOGY SYSTEMS PVT., LTD., | Civil Action No. C 05 1223 SI |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JACK GROVER WITHOUT PREJUDICE** |
| v. | |
| ALLIED BOSTON BANK, INC., ALLIED BOSTON INTERNATIONAL, INC., LAL BHATIA, JACK GROVER, and MARZBAN MODY, | |
| | Action Filed: March 25, 2005 |
| Defendants. | |

Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a), plaintiff BHARI INFORMATION TECHNOLOGY SYSTEMS PVT., LTD., voluntarily dismisses defendant JACK GROVER from the above-captioned action without prejudice.

- 1 -

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JACK GROVER              1219282.1

DATED: November 1, 2005          Hanson Bridgett Marcus Vlahos & Rudy, LLP

By: _____
    Julia H. Veit

Attorneys For Plaintiff



IT IS SO ORDERED

Judge Susan Illston

---

- 2 -

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JACK GROVER                    1219282.1