IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHARI INFORMATION TECH., | No. C 05-01223 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| ALLIED BOSTON BANK INC., | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 3, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 1, 2006.

DESIGNATION OF EXPERTS: 10/13/06; REBUTTAL: 10/31/06.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 12/1/06.

DISPOSITIVE MOTIONS **SHALL** be filed by January 5, 2007;

Opp. Due January 19, 2007; Reply Due January 26, 2007;

and set for hearing no later than February 9, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 13, 2007 at 3:30 PM.

JURY TRIAL DATE: March 26, 2007 at 8:30 AM.,
Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be _____ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/6/05

SUSAN ILLSTON
United States District Judge