UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHARI INFORMATION TECHNOLOGY SYSTEMS PVT., LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> ALLIED BOSTON BANK, INC., et al., <br><br> Defendant(s). | No. C05-1223 SI (BZ) <br><br> **ORDER DENYING REQUEST TO EXCUSE ATTENDANCE OF PLAINTIFF** |

By letter dated May 31, 2006, plaintiff has requested that the court excuse the personal attendance of its representative at the settlement conference scheduled for June 15, 2006. By letter dated June 6, 2006, defendants have objected.

Defendants objections are sustained. The request is not timely inasmuch as the Order Scheduling Settlement Conference was entered March 15, 2006. That order stated that personal attendance of a party representative would rarely be excused and only upon a written application "demonstrating substantial hardship served . . . as early as the hardship is known." Nor

1

does the cost of attending the settlement conference constitute substantial hardship.  It was plaintiff who elected to file this lawsuit in the Northern District of California and therefore assumed the responsibility of appearing in this court if necessary.  **IT IS THEREFORE ORDERED** that plaintiff's request to have its representative excused from personally attending the conference is **DENIED.**

Dated: June 7, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

2