HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
LAWRENCE M. CIRELLI - 114710
JULIA H. VEIT - 209207
333 Market Street, 21st Floor
San Francisco, CA 94105-2173
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
lcirelli@hansonbridgett.com

JACKSON WALKER, LLP
ROBERT P. LATHAM -- Texas Bar No. 11975500
JEFFREY D. ANTONSON- Texas Bar No. 24040441
901 Main Street, Suite 600
Dallas, TX 75202
Telephone: (214) 953-6000
Facsimile: (214) 953-5822
(Admitted *Pro Hac Vice*)

Attorneys for Plaintiff
BHARI INFORMATION TECHNOLOGY
SYSTEMS PVT., LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BHARI INFORMATION TECHNOLOGY SYSTEMS PVT., LTD.,<br><br>        Plaintiff,<br><br>v.<br><br>ALLIED BOSTON BANK, INC., ALLIED BOSTON INTERNATIONAL, INC., LAL BHATIA, JACK GROVER, and MARZBAN MODY,<br><br>        Defendants. | Civil Action No. C 05 1223 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: July 14, 2006<br>Time: 2:30 p.m.<br>Crtrm: #10, 19th Floor<br>Before: Honorable Susan Illston<br><br>Action Filed: March 25, 2005 |

- 1 -

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE     1262514.1

The parties, by their attorneys, move this Court to continue the Further Case Management Conference currently scheduled for July 14, 2006, at 2:30 p.m. until September 1, 2006, at 2:30 p.m.

It is the understanding of the parties that the purpose of the Conference currently scheduled for July 14, 2006 is to address the status of the litigation after the Settlement Conference, which was scheduled to occur on June 15, 2006 before Magistrate Judge Bernard Zimmerman. Because the Settlement Conference was rescheduled until August 4, 2006, the parties believe it would be in their best interest, as well as the Court's, to continue the Conference until after August 4th. In addition, because the parties are currently pursuing informal settlement negotiations, which they are hopeful will successfully resolve this matter, additional time will be useful.

Accordingly, to save the resources of the Court and the parties, the parties respectfully request that the Case Management Conference be rescheduled until September 1, 2006.

Dated: July 6, 2006              LAW OFFICES OF SUNITA KAPOOR


By:_____/s/_____
SUNITA KAPOOR
Attorneys for Defendant
LAL BHATIA


DATED: July 6, 2006              JACKSON WALKER, LLP


By:_____/s/_____
ROBERT P. LATHAM
JEFFREY DEAN ANTONSON
Attorneys for Plaintiff
BHARI INFORMATION TECHNOLOGY
SYSTEMS PVT., LTD.

- 2 -

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND
CASE MANAGEMENT CONFERENCE

1262514.1

**ORDER**

The Further Case Management Conference scheduled for July 14, 2006 at 2:30 p.m. is continued until September 1, 2006 at 2:30 p.m.

**IT IS SO ORDERED.**

July ___, 2006

*(signed)* Susan Illston
HONORABLE SUSAN ILLSTON
United States District Court Judge

- 3 -

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND
CASE MANAGEMENT CONFERENCE

1262514.1