UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BHARI INFORMATION TECHNOLOGY SYSTEMS PVT, LTD.,

       Plaintiff(s),

  v.

ALLIED BOSTON BANK, INC., et al.,

       Defendant(s).

No. C05-1223 SI (BZ)

**ORDER RE OVERDUE PAPERS**

TO:  Defendant(s) and their attorney(s) of record:

On March 15, 2006, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for August 4, 2006.  Your statement was due July 28, 2006.  It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, defendant(s) and their attorney(s) of record  will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: August 1, 2006

                        Bernard Zimmerman
                   United States Magistrate Judge

G:\BZALL\-REFS\REFS.06\BHARI.LATE.PAPERS.ORD.wpd

1