1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   LAWRENCE M. CIRELLI - 114710
2  JULIA H. VEIT - 209207
   333 Market Street, 21st Floor
3  San Francisco, CA  94105-2173
   Telephone:    (415) 777-3200
4  Facsimile:    (415) 541-9366
   lcirelli@hansonbridgett.com
5

6  JACKSON WALKER, LLP
   ROBERT P. LATHAM – Texas Bar No. 11975500
7  JEFFREY D. ANTONSON- Texas Bar No. 24040441
   901 Main Street, Suite 600
8  Dallas, TX  75202
   Telephone:    (214) 953-6000
9  Facsimile:    (214) 953-5822
   (Admitted *Pro Hac Vice*)
10

   Attorneys for Plaintiff
11 BHARI INFORMATION TECHNOLOGY
   SYSTEMS PVT., LTD.
12
                       **UNITED STATES DISTRICT COURT**
13
                       **NORTHERN DISTRICT OF CALIFORNIA**
14
                              **SAN FRANCISCO DIVISION**
15

16

17 BHARI INFORMATION TECHNOLOGY    | Civil Action No.  C 05 1223 SI
   SYSTEMS PVT., LTD.,
18                Plaintiff,        | **STIPULATION AND [PROPOSED]
                                    | ORDER WITHDRAWING ORDER OF
19         v.                       | DISMISSAL.**
20 ALLIED BOSTON BANK, INC.,
   ALLIED BOSTON INTERNATIONAL,     | Action Filed:  March 25, 2005
21 INC., LAL BHATIA, JACK GROVER,
   and MARZBAN MODY,
22
                  Defendants.
23

- 1 -

STIPULATION AND [PROPOSED] ORDER WITHDRAWING ORDER OF DISMISSAL

Dockets.Justia.com

1    Bhari Information Technology Systems Pvt., Ltd. ("Bitech") and Lal Bhatia ("Bhatia"), by
2 their attorneys, move this Court to withdraw the Order of Dismissal Upon Settlement entered on
3 September 1, 2006.
4    The Settlement reached by the parties requires further action by the Court to enforce the
5 settlement between the parties. Paragraph 3(a) requires the Court to enter an Agreed Judgment in
6 the amount of three-hundred and sixty thousand dollars ($360,000.00) against Bhatia. Paragraph
7 3(d) requires that Bitech seek default judgments against Marzban Mody, Allied Boston Bank, and
8 Allied Boston International, and has assigned these default judgments to Bhatia. Bitech will
9 shortly file its application for default and seeking a hearing to determine damages for the
10 defaulting defendants. After that hearing, the parties will draft for the Court's signature a final
11 judgment containing both the agreed judgment and the default judgments.
12    Accordingly, in order to enforce the provisions of the settlement agreed upon, the parties
13 request that the Court withdraw the Order of Dismissal Upon Settlement entered on September 1,
14 2006.

Dated: November ___, 2006        LAW OFFICES OF SUNITA KAPOOR


By:_____
SUNITA KAPOOR
Attorneys for Defendant
LAL BHATIA

DATED: November 30, 2006        JACKSON WALKER, LLP


By:_____
ROBERT P. LATHAM
JEFFREY DEAN ANTONSON
Attorneys for Plaintiff
BHARI INFORMATION TECHNOLOGY
SYSTEMS PVT., LTD.

STIPULATION AND [PROPOSED] ORDER WITHDRAWING ORDER OF DISMISSAL

1  Bhari Information Technology Systems Pvt., Ltd. ("Bitech") and Lal Bhatia ("Bhatia"), by
2  their attorneys, move this Court to withdraw the Order of Dismissal Upon Settlement entered on
3  September 1, 2006.
4  The Settlement reached by the parties requires further action by the Court to enforce the
5  settlement between the parties. Paragraph 3(a) requires the Court to enter an Agreed Judgment in
6  the amount of three-hundred and sixty thousand dollars ($360,000.00) against Bhatia. Paragraph
7  3(d) requires that Bitech seek default judgments against Marzban Mody, Allied Boston Bank, and
8  Allied Boston International, and has assigned these default judgments to Bhatia. Bitech will
9  shortly file its application for default and seeking a hearing to determine damages for the
10 defaulting defendants. After that hearing, the parties will draft for the Court's signature a final
11 judgment containing both the agreed judgment and the default judgments.
12 Accordingly, in order to enforce the provisions of the settlement agreed upon, the parties
13 request that the Court withdraw the Order of Dismissal Upon Settlement entered on September 1,
14 2006.

15
16 Dated: November 30, 2006          LAW OFFICES OF SUNITA KAPOOR
17
18                                   By: _____Sunita Kapoor_____
19                                       SUNITA KAPOOR
                                         Attorneys for Defendant
20                                       LAL BHATIA

21 DATED: November ____, 2006        JACKSON WALKER, LLP
22
23
                                     By:_____
24                                       ROBERT P. LATHAM
                                         JEFFREY DEAN ANTONSON
25                                       Attorneys for Plaintiff
                                         BHARI INFORMATION TECHNOLOGY
26                                       SYSTEMS PVT., LTD.
27
28

Based on the foregoing representations, **ORDER**

The Order of Dismissal Upon Settlement, entered by the Court on September 1, 2006, is hereby withdrawn.

**IT IS SO ORDERED.**

November ____, 2006

_____
HONORABLE SUSAN ILLSTON
United States District Court Judge