HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
LAWRENCE M. CIRELLI - 114710
JULIA H. VEIT - 209207
333 Market Street, 21st Floor
San Francisco, CA 94105-2173
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
lcirelli@hansonbridgett.com

JACKSON WALKER, LLP
ROBERT P. LATHAM – Texas Bar No. 11975500
JEFFREY D. ANTONSON- Texas Bar No. 24040441
901 Main Street, Suite 600
Dallas, TX 75202
Telephone: (214) 953-6000
Facsimile: (214) 953-5822
(Admitted *Pro Hac Vice*)

Attorneys for Plaintiff
BHARI INFORMATION TECHNOLOGY
SYSTEMS PVT., LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BHARI INFORMATION TECHNOLOGY SYSTEMS PVT., LTD., <br><br>Plaintiff, <br><br>v. <br><br>ALLIED BOSTON BANK, INC., ALLIED BOSTON INTERNATIONAL, INC., LAL BHATIA, JACK GROVER, and MARZBAN MODY, <br><br>Defendants. | Civil Action No. C 05 1223 SI <br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING ORDER OF DISMISSAL.** <br><br>Action Filed: March 25, 2005 |

- 1 -

STIPULATION AND [PROPOSED] ORDER WITHDRAWING ORDER OF DISMISSAL

Bhari Information Technology Systems Pvt., Ltd. ("Bitech") and Lal Bhatia ("Bhatia"), by their attorneys, move this Court to withdraw the Order of Dismissal Upon Settlement entered on September 1, 2006.

The Settlement reached by the parties requires further action by the Court to enforce the settlement between the parties. Paragraph 3(a) requires the Court to enter an Agreed Judgment in the amount of three-hundred and sixty thousand dollars ($360,000.00) against Bhatia. Paragraph 3(d) requires that Bitech seek default judgments against Marzban Mody, Allied Boston Bank, and Allied Boston International, and has assigned these default judgments to Bhatia. Bitech will shortly file its application for default and seeking a hearing to determine damages for the defaulting defendants. After that hearing, the parties will draft for the Court's signature a final judgment containing both the agreed judgment and the default judgments.

Accordingly, in order to enforce the provisions of the settlement agreed upon, the parties request that the Court withdraw the Order of Dismissal Upon Settlement entered on September 1, 2006.

Dated: November ___, 2006        LAW OFFICES OF SUNITA KAPOOR


By:_____
SUNITA KAPOOR
Attorneys for Defendant
LAL BHATIA

DATED: November 30, 2006        JACKSON WALKER, LLP

By:_____
ROBERT P. LATHAM
JEFFREY DEAN ANTONSON
Attorneys for Plaintiff
BHARI INFORMATION TECHNOLOGY
SYSTEMS PVT., LTD.

- 2 -
STIPULATION AND [PROPOSED] ORDER WITHDRAWING ORDER OF DISMISSAL

Bhari Information Technology Systems Pvt., Ltd. ("Bitech") and Lal Bhatia ("Bhatia"), by their attorneys, move this Court to withdraw the Order of Dismissal Upon Settlement entered on September 1, 2006.

The Settlement reached by the parties requires further action by the Court to enforce the settlement between the parties. Paragraph 3(a) requires the Court to enter an Agreed Judgment in the amount of three-hundred and sixty thousand dollars ($360,000.00) against Bhatia. Paragraph 3(d) requires that Bitech seek default judgments against Marzban Mody, Allied Boston Bank, and Allied Boston International, and has assigned these default judgments to Bhatia. Bitech will shortly file its application for default and seeking a hearing to determine damages for the defaulting defendants. After that hearing, the parties will draft for the Court's signature a final judgment containing both the agreed judgment and the default judgments.

Accordingly, in order to enforce the provisions of the settlement agreed upon, the parties request that the Court withdraw the Order of Dismissal Upon Settlement entered on September 1, 2006.

Dated: November 30, 2006     LAW OFFICES OF SUNITA KAPOOR


By: *Sunita Kapoor*
SUNITA KAPOOR
Attorneys for Defendant
LAL BHATIA

DATED: November ___, 2006     JACKSON WALKER, LLP


By: _____
ROBERT P. LATHAM
JEFFREY DEAN ANTONSON
Attorneys for Plaintiff
BHARI INFORMATION TECHNOLOGY
SYSTEMS PVT., LTD.

- 2 -
STIPULATION AND [PROPOSED] ORDER WITHDRAWING ORDER OF DISMISSAL

Based on the foregoing representations, **ORDER**

The Order of Dismissal Upon Settlement, entered by the Court on September 1, 2006, is hereby withdrawn.

**IT IS SO ORDERED.**

November ____, 2006

_____
HONORABLE SUSAN ILLSTON
United States District Court Judge

- 3 -

STIPULATION AND [PROPOSED] ORDER WITHDRAWING ORDER OF DISMISSAL