IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHARI INFORMATION TECHNOLOGY SYSTEMS PVT., LTD., <br><br>       Plaintiff, <br>  v. <br><br>ALLIED BOSTON BANK INC., ALLIED BOSTON INTERNATIONAL, INC., LAL BHATIA, JACK GROVER, AND MARZBAN MODY, <br><br>       Defendants.<br>_____ / | No. C 05-01223 SI <br><br>**ORDER TO SHOW CAUSE RE COMPLETION OF SETTLEMENT ACTIVITIES** |

       On August 4, 2006, the parties settled this action, during a judicially supervised settlement conference. Docket # 61. On September 9, 2006, this Court entered its order of dismissal on settlement. Docket #61.

       On November 30, 2006, counsel requested by stipulation that the Court's order dismissing the case on settlement be withdrawn, because the parties needed to complete some further steps before dismissal. These steps included drafting forms of judgment, obtaining entry of default against certain parties and moving for and obtaining judgments of default. The parties represented that these actions would be undertaken promptly.

       The Court has heard nothing from any of the parties since, and the file reflects no activity. Accordingly, the parties are **ORDERED TO SHOW CAUSE in writing filed no later than January 31, 2007**, why they have not completed the activities necessary to complete the settlement of this matter and why it should not be dismissed with prejudice at this time.

       **IT IS SO ORDERED.**

Dated: January 19, 2007

                                                                 SUSAN ILLSTON
                                                                 United States District Judge