IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHARI INFORMATION TECHNOLOGY SYSTEMS PVT., LTD.,<br><br>　　　　　Plaintiff,<br>　v.<br><br>ALLIED BOSTON BANK INC., ALLIED BOSTON INTERNATIONAL, INC., LAL BHATIA, JACK GROVER, AND MARZBAN MODY,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 05-1223 SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST ALLIED BOSTON BANK INC., ALLIED BOSTON INTERNATIONAL INC., AND MARZBAN MODY** |

On March 2, 2007, plaintiff's motion for default judgment against defendants Allied Boston Bank Inc., Allied Boston International, Inc., and Marzban Mody, came on for hearing. (Docket Nos. 68 & 71). Nobody appeared for any of the defendants. After consideration of the motion and the Declaration of Kalynanasundaram Chandrasekaran, the Court GRANTS the motion and will award $440,974.00 in damages to plaintiff, to be payable by defendants Allied Boston Bank Inc., Allied Boston International, Inc., and Marzban Mody, on a joint and several basis. The Court denies plaintiff's request for punitive damages.

**IT IS SO ORDERED.**

Dated: March 9, 2007

　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California